# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY VEGA TELLEZ,<br><br>              Petitioner,<br><br>       v.<br><br>LINDA SANDERS, Warden,<br><br>              Respondent. | Case No. CV 11-5799-DMG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered dismissing this action with prejudice.

DATED: January 3, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE