JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY VEGA TELLEZ,<br><br>            Petitioner,<br><br>   v.<br><br>LINDA SANDERS, Warden,<br><br>            Respondent. | Case No. CV 11-5799-DMG (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  January 3, 2012

                                                          DOLLY M. GEE<br>
                                    UNITED STATES DISTRICT JUDGE