JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY VEGA TELLEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-5799-DMG (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   January 3, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE